# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| | Hon. Matthew F. Kennelly |
| v. | |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

## MOTION FOR ENTRY OF STIPULATED DISMISSAL

In accordance with the Court's minute entry [Doc. 6], Plaintiff Edelson PC moves the court to dismiss Plaintiff's claims against Defendant Stillwell Madison, LLC with prejudice pursuant to the below stipulation.

## STIPULATION

Edelson PC and Defendant Stillwell Madison, LLC hereby stipulate to dismissal of Edelson PC's claims against Stillwell Madison, LLC with prejudice.[1] In its complaint, Plaintiff brought a claim for an accounting against Stillwell Madison. Stillwell Madison has since provided the requested accounting and demonstrated that it did not take or otherwise misappropriate any of the funds from the *Lion Air* settlement. Edelson PC and Stillwell Madison agree that dismissal with prejudice is appropriate and that Edelson PC's motion to sever and dismiss is therefore moot.

---

[1] Edelson PC acknowledges and agrees that it has not served Stillwell Madison LLC served with process or the complaint as of the date of this stipulation. By making this stipulation, Stillwell Madison LLC (i) is not appearing in this action; (ii) does not consent to this court's jurisdiction; and (iii) reserves all rights accordingly, including, without limitation, to contest personal jurisdiction.

**AGREED TO THIS 29th day of December 2020:**

**EDELSON PC**

s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435


**DLA PIPER LLP (US)**

s/ Kate L. Benveniste
One of Stillwell Madison LLC's Attorneys

Kate L. Benveniste
kate.benveniste@us.dlapiper.com
Laura Sixkiller
laura.sixkiller@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Tel:   480.606.5100
Fax:   480.606.5101

**SO ORDERED.**

_____
Matthew F. Kennelly
United States District Judge

Date: