IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| v. | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

**STIPULATION TO DISMISS DEFENDANTS ABIR COHEN TREYZON SALO, LLP AND ROBERT FINNERTY WITH PREJUDICE**

Plaintiff Edelson PC on the one hand, and Defendants Abir Cohen Treyzon Salo, LLP and Robert Finnerty on the other hand, hereby stipulate to dismissal of Edelson PC's claims against Abir Cohen Treyzon Salo, LLP ("ACTS") and Robert Finnerty ("Finnerty") with prejudice. In its complaint, Plaintiff brought a claim for an accounting against Abir Cohen. ACTS has since provided the requested accounting and demonstrated that it did not take or otherwise misappropriate any of the funds from the *Lion Air* settlement. Finnerty has demonstrated that his work with ACTS did not involve taking or otherwise misappropriating any of the funds from the *Lion Air* settlement.

Accordingly, Edelson PC, Abir Cohen, and Finnerty agree that dismissal with prejudice is appropriate. The parties shall bear their own costs.

**AGREED TO THIS 7th day of January 2021:**

**EDELSON PC**

by: s/ Alexander G. Tievsky
One of its Attorneys

1

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435


**ABIR COHEN TREYZON SALO, LLP** and **ROBERT FINNERTY**

by: s/ Boris Treyzon
One of their attorneys

Boris Treyzon
ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
Tel: 833.228.7529
Fax: 424.288.4368
btreyzon@actslaw.com



**SO ORDERED.**


_____
Matthew F. Kennelly
United States District Judge

Date: