IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| v. | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

**STIPULATION TO DISMISS DEFENDANT
CALIFORNIA ATTORNEY LENDING II, INC. WITHOUT PREJUDICE**

Plaintiff Edelson PC and Defendant California Attorney Lending II, Inc. hereby stipulate to dismissal of Edelson PC's claims against California Attorney Lending II, Inc. without prejudice. After Edelson PC filed its Complaint, California Attorney Lending II, Inc. demonstrated to Edelson PC with evidence that the funds it has so far received from Thomas Girardi and/or Girardi Keese did not come from proceeds that would be regarded as client trust funds in connection with the *Lion Air* settlement, as referenced in the Complaint. Edelson PC and California Attorney Lending II, Inc. agree that dismissal is appropriate at this time.

California Attorney Lending II, Inc., which has not appeared in this action, does not consent to jurisdiction in the United States District Court for the Northern District of Illinois. California Attorney Lending II, Inc. and Edelson PC agree that this stipulation does not in any way subject California Attorney Lending II, Inc. to the jurisdiction of this Court or any other state or federal court in Illinois. Edelson PC agrees that it will not use this stipulation in this or any other litigation as evidence to support the exercise of personal jurisdiction over California Attorney Lending II, Inc. by a state or federal court located in Illinois.

The parties shall bear their own costs.

**AGREED TO THIS 7th day of January 2021:**

**EDELSON PC**

by: s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435


**WOODS OVIATT GILMAN LLP**

By: s/ Robert C. Carbone

William F. Savino, Esq.
Robert C. Carbone, Esq.
*Attorneys for Defendant, California Attorney Lending II, Inc.*
1900 Main Place Tower
Buffalo, New York 14202
Telephone: (716) 248-3233
E-mail: rcarbone@woodsoviatt.com

AND NOW, this ___ day of January, 2021, it is so ORDERED.

_____
Matthew F. Kennelly
United States District Judge