# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Edelson PC

V.

Thomas Girardi, Girardi Keese, Erika Girardi, EJ Global LLC, Girardi Financial, Inc., David Lira, Keith Griffin, Johnston Hutchinson & Lira LLP, Robert Finnerty, Abir Cohen Treyzon Salo, LLP, California Attorney Lending II, Inc., Stillwell Madison, LLC, and John Doe 1-10

CASE NUMBER: 20-cv-7115

ASSIGNED JUDGE: Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Beth W. Jantz

TO: (Name and address of Defendant)

EJ Global LLC
1126 Wilshire Boulevard, Los Angeles, California 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Edelson
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Nicole Gibson*
(By) DEPUTY CLERK



December 16, 2020

DATE

|  |  |
|---|---|
| *Attorney or Party without Attorney:*<br>Jay Edelson, Esq.<br>Edelson PC<br>350 N La Salle 13th Floor<br>Chicago, IL 60654<br>   *Telephone No:* 312-589-6370<br>   *Attorney For:* Plaintiff    *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC Northern District of Illinois, Eastern Division

   *Plaintiff:* EDELSON PC
   *Defendant:* THOMAS GIRARDI, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-07115 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint and Demand for Jury Trial

3.   a.  Party served:    EJ Global LLC
     b.  Person served:  Thomas Girardi, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    100 Los Altos Dr, Pasadena, CA 91105

5. I served the party:
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 22 2020 (2) at: 05:36 PM

6. *Person Who Served Papers:*
     a. Michelle Zavala (2014239169, Los Angeles)        d. *The Fee* for Service was:
     b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
     c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

          12/24/2020           *Michelle Zavala*
            (Date)                       (Signature)

FL FIRST LEGAL            PROOF OF SERVICE         5177658
                                                                               (338210)