IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, *Plaintiff,* v. THOMAS GIRARDI, et al. *Defendants.* | Case No.: 20-cv-07115 Hon. Matthew F. Kennelly |

## SUGGESTION OF BANKRUPTCY

Plaintiff Edelson PC files this suggestion of bankruptcy to alert the Court that the United States Bankruptcy Court for the Central District of California has ordered Chapter 7 bankruptcy relief as to Defendants Thomas Girardi and Girardi Keese. The involuntary bankruptcy petitions were filed on December 18, 2020, after summonses were issued in this action but before valid service was made upon the bankrupt defendants.[1]

Respectfully submitted,

**EDELSON PC**

Dated: February 4, 2021

By: /s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

---

[1] Plaintiff notes that it engaged process servers before becoming aware of the bankruptcy, and its efforts to halt service after learning of the filing were unsuccessful. Plaintiff will not in any manner seek to enforce the invalid service attempt as to the bankrupt defendants.