IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, *Plaintiff,* v. THOMAS GIRARDI, et al. *Defendants.* | Case No.: 20-cv-07115 Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO EJ GLOBAL, LLC AND GIRARDI FINANCIAL, INC.**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Edelson PC respectfully requests that the Court direct entry of default as to Defendants EJ Global, LLC and Girardi Financial, Inc. In support of its motion, it states as follows:

1. "Fed.R.Civ.P. 12(a) requires the defendant to file an answer within twenty days after the service of the summons and complaint; the failure to do so may result in the defendant's default under Rule 55(a)." *O'Brien v. R.J. O'Brien & Assocs., Inc.*, 998 F.2d 1394, 1397 (7th Cir. 1993). "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Because EJ Global, LLC and Girardi Financial, Inc. have been properly served and have failed to respond, default is appropriate.

2. An unincorporated association may be served by any manner allowed under state law in the jurisdiction where service takes place. Fed. R. Civ. P. 4(h)(1)(A). In California, a limited liability company may be served by personal service "to any individual designated by it as agent[.]" Cal. Corp. Code § 17701.16(b). EJ Global, LLC has designated Thomas Girardi as

its agent. (Exhibit A.) Mr. Girardi received personal service of the summons and complaint in California on December 22, 2020. (Dkt. 35.)

      3.      A corporation may be served "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent" of the corporation. Fed. R. Civ. P. 4(h)(1)(B). According to the Nevada Secretary of State, Thomas Girardi is the president of Girardi Financial, Inc. (Exhibit B.) Mr. Girardi received personal service of the summons and complaint on December 22, 2020. (Dkt. 36.)

**WHEREFORE**, Plaintiff respectfully requests that the Court direct entry of default as to Defendants EJ Global, LLC and Girardi Financial, Inc., with default judgment to be entered at a later date.

Respectfully submitted,

**EDELSON PC**

Dated: February 4, 2021

By: /s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      I further certify that on the same date, I caused a copy of the foregoing to be sent via U.S. mail to:

EJ Global, LLC
1126 Wilshire Blvd.
Los Angeles, CA 90017

Girardi Financial, Inc.
c/o Steven B. Glade
7201 West Lake Mead #108
Las Vegas, NV 89128

                                                        /s/ Alexander G. Tievsky