# EXHIBIT B

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

GIRARDI FINANCIAL, INC.

**Entity Number:**

C6791-1999

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Default

**Formation Date:**

03/22/1999

**NV Business ID:**

NV19991208957

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

STEVEN B. GLADE

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

7201 WEST LAKE MEAD #108, LAS VEGAS, NV, 89128, USA

**Mailing Address:**

**Individual with Authority to Act:**

STEVEN B. GLADE

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | THOMAS GIRARDI | 1126 WILSHIRE BLVD, LOS ANGELES, CA, 90017, USA | 03/29/2019 | Active |
| Secretary | ERIKA GIRARDI | 1126 WILSHIRE BLVD, LOS ANGELES, CA, 90017, USA | 03/29/2019 | Active |
| Treasurer | DAVID R LIRA | 1126 WILSHIRE BLVD, LOS ANGELES, CA, 90017, USA | 03/29/2019 | Active |
| Director | DAVID R LIRA | 1126 WILSHIRE BLVD, LOS ANGELES, CA, 90017, USA | 03/29/2019 | Active |

Page 1 of 1, records 1 to 4 of 4

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | | No records to view. | |

Number of No Par Value Shares:

**2500**

Total Authorized Capital:

**2,500**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results