# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Edelson PC

                Plaintiff,

v.                                             Case No.: 1:20−cv−07115
                                                   Honorable Matthew F. Kennelly

Thomas Girardi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 5, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for entry of default [38] is granted; defendants EJ Global, LLC and Girardi Financial, Inc. are held in default for failure to respond to the complaint following service of summons. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.