IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br>v.<br><br>THOMAS GIRARDI, an individual, GIRARDI KEESE, a California general partnership, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL LLC, a California limited liability company, GIRARDI FINANCIAL, INC., a Nevada corporation, DAVID LIRA, an individual, KEITH GRIFFIN, an individual, JOHNSTON HUTCHINSON & LIRA LLP, a California limited liability partnership, ROBERT FINNERTY, an individual, ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, STILLWELL MADISON, LLC, a Delaware limited liability company, and JOHN DOE 1-10,<br><br>*Defendants.* | Case No.: 1:20-cv-07115<br><br>Hon. Matthew F. Kennelly |

## AFFIDAVIT OF RYAN D. SABA

1. I, Ryan D. Saba, make this affidavit of my own personal knowledge, except as to those matters which are stated on information and belief. I am counsel of record for Defendant Keith Griffin in the above-referenced matter.

2. Attached hereto as Exhibit A is a true and correct copy of a printout from The State Bar of California website dated February 8, 2021 indicating that Rafey Balabanian is a licensed California attorney with his business address at Edelson PC, 123 Townsend St, Suite 100, San Francisco, CA 94107-1936.

1

3. Attached hereto as Exhibit B is a true and correct copy of the motion and order to substitute Edelson PC and Girardi Keese from the representation of Plaintiff Septiana Damayanti in *In Re: Lion Air Flight JT 610 Crash*, Case No.: 18-cv-07686 (N.D. Ill., the Hon. Thomas M. Durkin presiding).

4. Attached hereto as Exhibit C is a true and correct copy of the motion and order to substitute Edelson PC and Girardi Keese from the representation of Plaintiff Dian Daniaty Binti Udin Zaenudin in *In Re: Lion Air Flight JT 610 Crash*, Case No.: 18-cv-07686 (N.D. Ill., the Hon. Thomas M. Durkin presiding).

5. Attached hereto as Exhibit D is a true and correct copy of the motion and order to substitute Edelson PC and Girardi Keese from the representation of Plaintiff Anice Kasim in *In Re: Lion Air Flight JT 610 Crash*, Case No.: 18-cv-07686 (N.D. Ill., the Hon. Thomas M. Durkin presiding). .

6. Attached hereto as Exhibit E is a true and correct copy of the motion and order to substitute Edelson PC and Girardi Keese from the representation of Plaintiff Bias Ramadhan A.S. Bin Misyadi in *In Re: Lion Air Flight JT 610 Crash*, Case No.: 18-cv-07686 (N.D. Ill., the Hon. Thomas M. Durkin presiding).

7. Attached hereto as Exhibit F is a true and correct copy of the motion and order to substitute Edelson PC and Girardi Keese from the representation of Plaintiff Multi Rizki in *In Re: Lion Air Flight JT 610 Crash*, Case No.: 18-cv-07686 (N.D. Ill., the Hon. Thomas M. Durkin presiding).

8. Attached hereto as Exhibit G is a true and correct copy of the Judgment entered in *In Re: Lion Air Flight JT 610 Crash*, Case No.: 18-cv-07686 on December 17, 2020 by the Honorable Thomas M. Durkin in favor of Plaintiffs Anice Kasim, Septiana Damayanti, Dian Daniaty Binti Udin Zaenudin and Bias Ramadhan A.S. Bin Misyadi against Thomas V. Girardi and Girardi Keese.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on February 12, 2021.

/s/ Ryan D. Saba