# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC,<br><br>*Plaintiff,*<br><br>v.<br><br>THOMAS GIRARDI, et al.<br><br>*Defendants.* | Case No.: 20-cv-07115<br><br>Hon. Matthew F. Kennelly |

## DECLARATION OF ARI J. SCHARG

I, Ari J. Scharg, hereby declare and state as follows:

1. I am a partner at the law firm Edelson PC, and I formerly represented family members of Lion Air Flight 610 victims as local counsel for Keith Griffin and David Lira.

2. I am licensed to practice law in the State of Illinois, where I live and work, and am I admitted to the bar of the Northern District of Illinois.

3. During the pendency of the *Lion Air* cases, I regularly communicated with Keith Griffin by text message and email.

4. In May 2020, I believed, based on my communications with David Lira and Keith Griffin, that Boeing would not release any of the settlement funds for any of the clients I represented until the releases for all of the clients were signed and filed.

5. Keith Griffin travelled to Chicago to participate in two in-person mediations with Boeing, including on August 29, 2019 and February 12, 2020. The mediations took place at the law offices of Perkins Coie LLP, which is located at 131 S. Dearborn Street, Suite 1700, Chicago, Illinois, 60603.

6.	On December 9, 2020, at approximately 3:30 p.m. Central time, I received a call on my office line from Tom Girardi. I knew the person on the other end of the line to be Mr. Girardi because I recognized his voice from previous messages and telephone calls. A true and accurate transcript of the entirety of our conversation, which I transcribed contemporaneously, follows:

> Scharg: Hello?
>
> Girardi: Oh good. Ari I'm sick as [expletive] and will FedEx the checks on Friday. This is Keith Griffin's fault. He's no longer at the firm.
>
> Scharg: Anything else?
>
> Girardi: Keith's no longer at the firm.
>
> Scharg: Anything else?
>
> Girardi: No.

*		*		*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of March 2021 in the State of Illinois.

s/ Ari J. Scharg<br>
Ari J. Scharg