# Exhibit 2

# (Filed Provisionally Under Seal)