IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, *Plaintiff,* v. THOMAS GIRARDI, et al. *Defendants.* | Case No.: 20-cv-07115 Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION TO VACATE BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Plaintiff Edelson PC respectfully requests that the Court vacate the briefing schedule on Defendants' motions to dismiss. In support of its motion, it states as follows.

1. On February 22, 2021, the Court entered a briefing schedule on the motions to dismiss filed by David Lira and Keith Griffin providing that Plaintiff's response is to be filed by March 22, 2021 and Defendants' replies by April 5, 2021. The order also provided that motions relating to jurisdictional discovery were to be filed by March 4, 2021.

2. On March 4, 2021, Plaintiff filed a motion for leave to take depositions of Griffin and Lira. The following day, the Court set a briefing schedule on that motion providing that Defendants' responses are due on March 15, 2021 and Plaintiff's reply on March 22, 2021. The Court set the matter for telephonic status and ruling on March 31, 2021.

3. Because the discovery motion will be briefed and decided quickly, Plaintiff respectfully submits that briefing on the motion to dismiss can wait until after the discovery issue is decided, and, if discovery is permitted, after the depositions take place.

1

**WHEREFORE**, Edelson PC respectfully requests that the Court vacate the briefing schedule on the motions to dismiss entered on February 22, 2021, to be reset at the March 31, 2021 hearing.

<div style="text-align:right">

Respectfully submitted,

**EDELSON PC**

</div>

Dated: March 9, 2021                    By: /s/ Alexander G. Tievsky
                                        One of Plaintiff's Attorneys

<div style="margin-left: 50%">

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415-212-9300

</div>

2