UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS GIRARDI, an individual, GIRARDI KEESE, a California general partnership, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL LLC, a California limited liability company, GIRARDI FINANCIAL, INC., a Nevada corporation, DAVID LIRA, an individual, KEITH GRIFFIN, an individual, JOHNSTON HUTCHINSON & LIRA LLP, a California limited liability partnership, ROBERT FINNERTY, an individual, ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, STILLWELL MADISON, LLC, a Delaware limited Liability company, and JOHN DOE 1-10, <br><br> Defendants. | No. 1:20-cv-07115 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Beth W. Jantz |

### MOTION TO WITHDRAW APPEARANCE OF ATTORNEY CAROLINE K. VICKREY AS COUNSEL FOR DEFENDANT JOHNSTON HUTCHINSON & LIRA, LLP

NOW COMES Defendant, Johnston Hutchinson & Lira, LLP, by and through its attorneys, Caroline K. Vickrey and Joseph R. Marconi of Johnson & Bell, Ltd., respectfully requests that this Court withdraw the Appearance of Caroline K. Vickrey as counsel for Defendant, Johnston Hutchinson & Lira, LLP. In support thereof, this Defendant states as follows:

1.      Attorney Caroline K. Vickrey previously filed an Appearance (Doc #18) on January 4, 2021 in this matter on behalf of Defendant Johnston Hutchinson & Lira, LLP.

2.      Plaintiff's claims against Defendant Johnston Hutchinson & Lira, LLP have been dismissed without prejudice on January 1, 2021 (Doc #34).

WHEREFORE, Defendant, Johnston Hutchinson & Lira, LLP, prays that this Court withdraw the Appearance of Caroline K. Vickrey in this matter and further remove her from receiving CM/ECF notifications, and for any relief this Court deems appropriate.

Respectfully submitted,

JOHNSON & BELL, LTD.

By:    **s/ Caroline K. Vickrey**
Caroline K. Vickrey, ARDC #6210332
Attorney for Defendant
    Johnston Hutchinson & Lira, LLP
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-9818
E-mail: vickreyc@jbltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      **s/ Caroline K. Vickrey**
      Caroline K. Vickrey, ARDC #6210332
      Attorney for Defendant
        Johnston Hutchinson & Lira, LLP
      Johnson & Bell, Ltd.
      33 West Monroe Street, Suite 2700
      Chicago, IL 60603
      Telephone: (312) 372-0770
      Fax: (312) 372-9818
      E-mail: vickreyc@jbltd.com