# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| v. | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

## JOINT STATUS REPORT

Pursuant to the Court's July 19, 2021 order, the parties propose the following schedule:

| | |
|---|---|
| Deadline to amend pleadings and add parties | February 25, 2022 |
| Close of fact discovery | March 28, 2022 |
| Expert disclosure deadline (initial) | April 22, 2022 |
| Expert disclosure deadline (rebuttal) | May 27, 2022 |
| Close of expert discovery | July 11, 2022 |
| Dispositive motion deadline | July 25, 2022 |

Respectfully submitted,

**EDELSON PC**

Dated: August 23, 2021

By: /s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **DAVID LIRA** |
| Dated: August 23, 2021 | By: /s/ Edith R. Matthai<br>One of His Attorneys |
|  | Edith R. Matthai, Esq.<br>Leigh P. Robie, Esq.<br>350 S. Grand Avenue, Suite 3950<br>Los Angeles, California 90071<br>(213) 706-8000<br>ematthai@romalaw.com<br>lrobie@romalaw.com |
|  | Respectfully submitted, |
|  | **KEITH GRIFFIN** |
| Dated: August 23, 2021 | By: /s/ Ryan Saba<br>One of His Attorneys |
|  | Ryan Saba – Pro Hac Vice<br>Rosen Saba LLP<br>9350 Wilshire Boulevard, Suite 250<br>Beverly Hills, CA 90212<br>Telephone: (310) 285-1727<br>Fax: (310) 285-1728<br>rsaba@rosensaba.com |