# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, | Case No.: 1:20-cv-07115 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | |
| THOMAS GIRARDI, an individual, GIRARDI KEESE, a California general partnership, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL LLC, a California limited liability company, GIRARDI FINANCIAL, INC., a Nevada corporation, DAVID LIRA, an individual, KEITH GRIFFIN, an individual, JOHNSTON HUTCHINSON & LIRA LLP, a California limited liability partnership, ROBERT FINNERTY, an individual, ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, STILLWELL MADISON, LLC, a Delaware limited liability company, and JOHN DOE 1-10, | |
| Defendants. | |

## AFFIDAVIT OF RYAN D. SABA. ESQ. IN SUPPORT OF DEFENDANT KEITH GRIFFIN'S MOTION FOR JUDGMENT ON THE PLEADINGS

1. I, Ryan D. Saba, Esq. make this affidavit of my own personal knowledge, except as to those matters which are stated on information and belief. I am counsel of record for Defendant Keith Griffin in the above-referenced matter. I submit this affidavit in support of Defendant Keith Griffin's motion for judgment on the pleadings.

1

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Keith Griffin to Ari Scharg re Boeing Cases, dated April 3, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from David Lira to Ari Scharg re Lion Air Cases, dated June 17, 2019.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2021.

*/s/ Ryan D. Saba*
_____