# EXHIBIT 1



GIRARDI | KEESE
LAWYERS

April 3, 2019

Ari J. Scharg
EDELSON PC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654

Re:   Boeing Cases

Dear Ari:

This will confirm our agreement that our fee split will be 50/50 on the Boeing cases that you have filed with us in Chicago concerning the Lion Air crash. If it turns out that one of our two firms performs significantly more work than expected, or less if the case settles fairly quickly, we will adjust the fee split as would be reasonable to both firms.

Thanks again for your work so far and looking forward to our future work together.

With kind regards,

KEITH D. GRIFFIN

KDG

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554
WWW.GIRARDIKEESE.COM