# EXHIBIT 2



June 17, 2019

**VIA ELECTRONIC MAIL ONLY**

Ari J. Scharg, Esq.
**Edelson PC**
350 North LaSalle Street, Suite 1400
Chicago, Illiniois  60654
E-Mail: ascharg@edelson.com

                                Re:    **Lion Air Cases**

Dear Ari:

       This will confirm our telephone conversation of this afternoon.  As I indicated, I am prepared to file approximately ten wrongful death lawsuits arising from the Lion Air disaster.  Your firm is currently co-counsel on a number of cases previously filed by my firm with Keith Griffin taking the lead on behalf of Girardi | Keese.

       It was discussed and agreed in our conversation that the referral fee paid to your firm in assisting in this matter will be twenty (20%) percent of the total attorneys' fees recovered.  It is my intent to take the laboring oar in discovery and other tasks.  As you can imagine, I will need your assistance in the actual filing of the lawsuits and appearances before the Court when I am not able to attend.  Is there a *pro hac vice* form to complete?  Keith will also be assisting.

       If this does not comport with your understanding of our agreement, please advise.  I look forward to working with you.

                                                Very truly yours,

                                            **GIRARDI | KEESE**

                                            DAVID R. LIRA

DRL:mlc

1126 Wilshire Boulevard • Los Angeles, California • 90017-1904
Telephone: 213-977-0211 • Facsimile: 213-481-1554
www.girardikeese.com