IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, *Plaintiff,* v. THOMAS GIRARDI, et al. *Defendants.* | Case No.: 20-cv-07115 Hon. Matthew F. Kennelly |

**JOINT STATUS REPORT REGARDING DISCOVERY**

Pursuant to the Court's November 3, 2021 order, the parties submit the following joint status report regarding discovery. (Dkt. 98.) Plaintiff Edelson PC, Defendant Keith Griffin, and Defendant David Lira have each served written discovery requests. The Parties anticipate completing document production and beginning depositions in late January and February, 2022. The fact discovery cut-off is March 28, 2022, which the Parties intend to meet.

**I.** **Plaintiff Edelson PC's requests**. The status of Edelson PC's written discovery requests is detailed below.

1. Plaintiff's First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production to Defendant Keith Griffin were issued on October 18, 2021. Mr. Griffin provided written responses on November 29, 2021. Mr. Griffin has indicated he does not have documents to produce to non-objectionable requests. Edelson PC anticipates raising deficiencies in Mr. Griffin's production.

2. Plaintiff's First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production to Defendant David Lira were issued on

1

October 18, 2021. Mr. Lira provided written responses on November 22, 2021. Mr. Lira produced documents. Edelson PC anticipates raising deficiencies in Mr. Lira's production.

3. Plaintiff has also issued subpoenas to:

    a. *Nano Banc*. Issued September 29, 2021, and responsive documents have been received.

    b. *Citizens Business Bank*. Issued September 29, 2021, and responsive documents have been received.

    c. *Western Alliance Bank*. Issued September 29, 2021, and responsive documents have been received.

    d. *NBCUniversal Media LLC*. Issued October 5, 2021, and the Parties are engaged in an effort to resolve potential disputes.

    e. *EFT Media Productions d/b/a Evolution Media*. Issued October 5, 2021, and the Parties are engaged in an effort to resolve potential disputes.

4. Plaintiff anticipates that it will need to issue additional subpoenas, including to the Trustee of the Girardi Keese bankruptcy.

II. **Defendant Griffin's requests**. The status of Mr. Griffin's requests is detailed below.

1. Defendant Griffin's First Set of Requests for Production to Edelson PC were issued on November 11, 2021. Plaintiff Edelson PC provided written responses on December 20, 2021. Mr. Griffin raised deficiencies in Edelson PC's production. The Parties met and conferred on December 28, 2021 on certain requests. Edelson PC anticipates beginning a rolling production of documents on January 5, 2022.

>   After the production of documents, the parties will continue their meet and confer efforts.

2. Defendant Griffin's Second Set of Requests for Production, First Set of Interrogatories, and First Set of Requests for Admission to Edelson PC were issued on November 24, 2021. Edelson PC responded on December 27, 2021 and produced documents responsive to the Second Set of Requests for Production.

III. **Defendant Lira's requests.** Defendant Lira issued his First Set of Requests for Production, First Set of Interrogatories, and First Set of Requests for Admission to Edelson PC on December 21, 2021.

IV. **Depositions.** Keith Griffin and David Lira anticipate deposing some or all of the following individuals:

(1) Jay Edelson

(2) Ari Scharg

(3) Rafey Balabanian

(4) Multi Rizki

(5) Anice Kasim

(6) Septiana Damayani

(7) Dian Daniaty Binti Udin Zaenudin

(8) Ramadhan A.S. Bin Misyadi

(9) Floyd Wisner

(10) Alexandra Wisner

(11) Erika Girardi

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **EDELSON PC** |
| Dated: December 30, 2021 | By: /s/J. Eli Wade-Scott<br>One of Plaintiff's Attorneys |
|  | Jay Edelson<br>jedelson@edelson.com<br>Alexander G. Tievsky<br>atievsky@edelson.com<br>J. Eli Wade-Scott<br>ewadescott@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370 / Fax: 312.589.6378 |
|  | **DAVID LIRA** |
| Dated: December 30, 2021 | By: /s/Edith R. Matthai (with permission)<br>One of His Attorneys |
|  | Edith R. Matthai, Esq.<br>Leigh P. Robie, Esq.<br>350 S. Grand Avenue, Suite 3950<br>Los Angeles, California 90071<br>(213) 706-8000<br>ematthai@romalaw.com |
|  | **KEITH GRIFFIN** |
| Dated: December 30, 2021 | By: /s/Ryan Saba (with permission)<br>One of His Attorneys |
|  | Ryan Saba<br>Rosen Saba LLP<br>2301 Rosecrans Ave., Suite 3180<br>El Segundo, CA 90245<br>Telephone: (310) 285-1727<br>Fax: (310) 285-1728<br>rsaba@rosensaba.com |