IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| | Hon. Matthew F. Kennelly |
| *v.* | |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

**STIPULATION TO DISMISS DEFENDANTS
ERIKA GIRARDI AND EJ GLOBAL LLC WITHOUT PREJUDICE**

Plaintiff Edelson PC, Defendant Erika Girardi, and Defendant EJ Global LLC hereby stipulate to dismissal of Edelson PC's claims against Defendants Erika Girardi and EJ Global LLC without prejudice. After Edelson PC filed its Complaint and moved to serve Erika Girardi, Edelson PC, Erika Girardi, and EJ Global LLC conferred. These parties agree that dismissal is appropriate at this time. Erika Girardi and EJ Global LLC, neither of which have appeared in this action, do not consent to jurisdiction in the United States District Court for the Northern District of Illinois.

Edelson PC, Erika Girardi, and EJ Global LLC agree that this stipulation does not in any way subject Erika Girardi or EJ Global LLC to the jurisdiction of this Court or any other state or federal court in Illinois. Edelson PC agrees that it will not use this stipulation in this or any other litigation as evidence to support the exercise of personal jurisdiction over Erika Girardi or EJ Global LLC by a state or federal court located in Illinois.

The parties shall bear their own costs.

1

**AGREED TO THIS 28th Day of January**

**EDELSON PC**

By: */s/* J. Eli Wade-Scott
*One of Plaintiff's Attorneys*

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Angela Reilly
areilly@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378


**GREENBERG GROSS LLP**

By: */s/* Evan C. Borges

Evan C. Borges
*Attorney for Defendants Erika Girardi and EJ Global LLC*
EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Tel: 949.383.2860
Fax: 949.383.2801


    AND NOW, this ___ day of January 2022, it is so ORDERED.

_____
Matthew F. Kennelly
United States District Judge