IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| | Hon. Matthew F. Kennelly |
| *v.* | |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

### JOINT STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's January 3, 2022 order, the parties submit the following joint status report regarding discovery. (Dkt. 102.) Plaintiff Edelson PC, Defendant Keith Griffin, and Defendant David Lira have each served written discovery requests and the parties are engaged in the meet and confer process. Further, multiple third-party subpoenas have been issued. The current fact discovery cut-off is March 28, 2022. If unable to work out current discovery issues through conferrals, Plaintiff and/or Defendant(s) may request an extension to the current fact discovery cut-off to move to compel discovery responses from Plaintiff Edelson PC, Defendant Griffin, Defendant Lira, and/or the subjects of third-party subpoenas.[1]

**I.     Plaintiff Edelson PC's requests**. The status of Edelson PC's written discovery requests is detailed below.

    1.     Plaintiff's First Set of Interrogatories, First Set of Requests for Admissions, and First Set of Requests for Production to Defendant Keith Griffin were issued on

---

[1]     As this Court is aware, the *In re: Lion Air Flight JT 610 Crash*, No. 18-cv-07686 (N.D. Ill.) evidentiary hearing on Edelson's Motion for Rule to Show Cause is ongoing. Closing arguments were slated for February 15, 2022 but have been postponed pending a mediation between Edelson PC, its insurer, and some Lion Air plaintiffs, which is scheduled for March 15, 2022. The parties have been ordered to submit a status report no later than March 30, 2022.

1

        October 18, 2021. Mr. Griffin provided written responses on November 24, 2021. Mr. Griffin has indicated he does not have documents to produce to non-objectionable requests. Edelson PC sent Mr. Griffin a letter on February 18, 2022 detailing the deficiencies in Mr. Griffin's production and responses.

2.     Plaintiff's First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production to Defendant David Lira were issued on October 18, 2021. Mr. Lira provided written responses on November 22, 2021. Mr. Lira produced documents. Edelson PC sent Mr. Griffin a letter on February 18, 2022 detailing the deficiencies in Mr. Lira's production and responses.

3.     Plaintiff has also issued subpoenas to:

    a.     *Nano Banc*. Issued September 29, 2021, and responsive documents have been received.

    b.     *Citizens Business Bank*. Issued September 29, 2021, and responsive documents have been received.

    c.     *Western Alliance Bank*. Issued September 29, 2021, and responsive documents have been received.

    d.     *NBCUniversal Media LLC*. Issued October 5, 2021, and the parties are engaged in an effort to resolve potential disputes.

    e.     *EFT Media Productions d/b/a Evolution Media*. Issued October 5, 2021, and responsive documents have been received.

    f.     *American Express*. Issued on November 2, 2021, and the parties are engaged in an effort to resolve potential disputes.[2]

---

[2]     This subpoena was inadvertently omitted from the earlier status report.

      g.    *Girardi Keese Bankruptcy Trustee (Elissa Miller)*. Issued on January 20, 2022, and responsive documents have been received.

      h.    *Marlatt Consulting*. Issued on January 26, 2022, and successfully served on February 10, 2022. The parties are engaged in an effort to resolve potential disputes.

    4.    Plaintiff anticipates that it will need to issue additional subpoenas.

**II.**    **Defendant Griffin's requests**. The status of Mr. Griffin's written discovery requests is detailed below.

    1.    Defendant Griffin's First Set of Requests for Production to Edelson PC were issued on November 11, 2021. Plaintiff Edelson PC provided written responses on December 20, 2021. Mr. Griffin raised deficiencies in Edelson PC's production. The parties met and conferred on December 28, 2021 on certain requests. Edelson PC has produced documents responsive to Mr. Griffin's requests on a rolling basis and anticipates a final production by the end of February.

    2.    Defendant Griffin's Second Set of Requests for Production, First Set of Interrogatories, and First Set of Requests for Admissions to Edelson PC were issued on November 24, 2021. Edelson PC responded on December 27, 2021 and produced documents responsive to the Second Set of Requests for Production.

    3.    Defendant Griffin's Third Set of Requests for Production were issued on January 28, 2022. Edelson PC has not yet responded to these written discovery requests.

**III.**    **Defendant Lira's requests.** The status of Mr. Lira's written discovery requests is detailed below.

1. Defendant Lira issued his First Set of Requests for Production, First Set of Interrogatories, and First Set of Requests for Admissions to Edelson PC on December 21, 2021. Edelson PC responded on January 31, 2022. Edelson PC produced documents responsive to Mr. Lira's requests in its productions to Mr. Griffin and anticipates a final production by the end of February.

2. Counsel for Defendant Lira is drafting and will send a letter to Plaintiff Edelson PC detailing the deficiencies in Edelson's production and responses.

IV. **Depositions.** Keith Griffin anticipates deposing some or all of the following individuals:

(1) Jay Edelson

(2) Ari Scharg

(3) Rafey Balabanian

(4) Multi Rizki

(5) Anice Kasim

(6) Septiana Damayani

(7) Dian Daniaty Binti Udin Zaenudin

(8) Ramadhan A.S. Bin Misyadi

(9) Floyd Wisner

(10) Alexandra Wisner

(11) Erika Girardi

Respectfully submitted,

**EDELSON PC**

Dated: February 22, 2022

By: /s/ J. Eli Wade-Scott
One of Plaintiff's Attorneys

4

|  |  |
|---|---|
|  | Jay Edelson<br>jedelson@edelson.com<br>Alexander G. Tievsky<br>atievsky@edelson.com<br>J. Eli Wade-Scott<br>ewadescott@edelson.com<br>Angela Reilly<br>areilly@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370 / Fax: 312.589.6378 |
|  | **DAVID LIRA** |
| Dated: February 22, 2022 | By: */s/* Edith R. Matthai (with permission)<br>One of His Attorneys<br><br>Edith R. Matthai, Esq.<br>Leigh P. Robie, Esq.<br>350 S. Grand Avenue, Suite 3950<br>Los Angeles, California 90071<br>(213) 706-8000<br>ematthai@romalaw.com |
|  | **KEITH GRIFFIN** |
| Dated: February 22, 2022 | By: */s/* Ryan Saba (with permission)<br>One of His Attorneys<br><br>Ryan Saba<br>Rosen Saba LLP<br>2301 Rosecrans Ave., Suite 3180<br>El Segundo, CA 90245<br>Telephone: (310) 285-1727<br>Fax: (310) 285-1728<br>rsaba@rosensaba.com |