IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC,<br><br>*Plaintiff,*<br><br>v.<br><br>THOMAS GIRARDI, et al.<br><br>*Defendants.* | Case No.: 20-cv-07115<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE TWO EXHIBITS UNDER SEAL**

Plaintiff Edelson PC hereby requests leave to file under seal two exhibits to its Motion to Compel Defendant Griffin. In support of its motion, it states as follows:

1. In support of its Motion to Compel Defendant Griffin, Plaintiff seeks to file two documents (Exhibits J and M) that were produced by the Girardi Keese Trustee in response to a subpoena in this action and were designated "Confidential."

2. Under the terms of the Confidentiality Order (dkt. 106), Edelson has agreed to keep the documents confidential and not to disclose them to the general public. Edelson therefore seeks leave to file the documents under seal, as required by Local Rule 26.2 and by the Confidentiality Order (*id.* ¶ 6).

**WHEREFORE,** Plaintiff Edelson PC respectfully requests that the Court allow Exhibits J and M to be filed under seal.

Respectfully submitted,

**EDELSON PC**

Dated: March 14, 2022

By: /s/ J. Eli Wade-Scott
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Angela Reilly
areilly@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378