# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois Professional corporation, | ) ) ) Case No.: |
| Plaintiff, | ) 20-cv-07115 ) ) |
| THOMAS GIRARDI, an individual, et al., | ) ) ) Honorable Matthew F. Kennelly |
| Defendants. | ) ) ) ) |

**REQUEST FOR JUDICAL NOTICE IN SUPPORT OF DEFENDANT
DAVID LIRA'S MOTION TO QUASH SUBPOENAS AND MOTION FOR
PROTECTIVE ORDER**

1

Defendant David Lira, through his attorneys of record, requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following record in support of his Motion to Quash Subpoenas and for Protective Order [Docket #119]:

Exhibit 13 – Edelson's Notice of Motion and Motion for Relief From the Automatic Stay under 11U.S.C. Section 362, filed by Edelson in the Thomas Girardi Bankruptcy matter, United Stated Bankruptcy Court, Central District of California, Los Angeles Division, Case No. 2:20-bk-21022-BR, on October 4, 2021.

Exhibit 14- Edelson's Reply Brief in Support of Edelson PC's Motion to Clarify Automatic Stay, filed by Edelson in the Thomas Girardi Bankruptcy matter, United Stated Bankruptcy Court, Central District of California, Los Angeles Division, Case No. 2:20-bk-21022-BR, on November 09, 2021.

A copy of these documents are attached to this request. The relevance of the record requested to be noticed is set forth in the Motion.

DAVID LIRA

By: ___/s/ Leigh P. Robie___
His Attorney

Edith R. Matthai, Esq.
Leigh P. Robie, Esq.
350 S. Grand Avenue, Suite 3950
Los Angeles, California 90071
(213) 706-8000
ematthai@romalaw.com
lrobie@romalaw.com

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2022, I electronically filed the foregoing document with the Clerk of Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  /s/ Leigh P. Robie