# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EDELSON PC, an Illinois professional corporation, | ) ) ) | Case No.: 1:20-cv-07115 |
| | ) | Hon. Matthew F. Kennelly |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| THOMAS GIRARDI, an individual, GIRARDI KEESE, a California general partnership, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL LLC, a California limited liability company, GIRARDI FINANCIAL, INC., a Nevada corporation, DAVID LIRA, an individual, KEITH GRIFFIN, an individual, JOHNSTON HUTCHINSON & LIRA LLP, a California limited liability partnership, ROBERT FINNERTY, an individual, ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, STILLWELL MADISON, LLC, a Delaware limited liability company, and JOHN DOE 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT FILED BY DEFENDANT KEITH GRIFFIN** |
| *Defendants.* | ) | |

1

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that Defendant KEITH GRIFFIN seeks an order of summary judgement, or in the alternative, partial summary judgment pursuant to Federal Rules of Civil Procedure, Rule 56. Mr. Griffin seeks an order dismissing Plaintiff's Compliant, or in the alternative, partially dismissing the following: Count I - unjust enrichment; Count II – accounting; Count III - breach of written and oral contract; and/or Count V - conversion of Plaintiff's Complaint.

This entire action is brought by Plaintiff Edelson to collect their allegedly unpaid contingency legal fees. Edelson entered into a fee sharing letter agreement with Girardi Keese to participate in the prosecution of a lawsuit. Edelson claims that Girardi Keese collected attorneys' fees which it asserts are partially owed to Edelson. Since Girardi Keese and Thomas Girardi have subsequently filed for bankruptcy protection, Edelson now seeks to collect these legal fees from Mr. Griffin individually, even though Mr. Griffin never received any of these fees.

Nonetheless, the predicate of this motion is that Edelson is foreclosed from collecting any contingency fees from Mr. Griffin as a matter of law. It is well settled under California law, Illinois Law, and as part of the ABA Model Rules of Professional Conduct that lawyers who are not in the same law firm shall not divide a fee for legal services unless: (1) the lawyers enter into a written agreement to divide the fee; and (2) the client has consented in writing, either *at the time the lawyers enter into the agreement* to divide the fee or as soon thereafter as reasonably practicable.

Here, Mr. Griffin never personally agreed to divide a fee, and there is no timely consent by the underlying plaintiffs authorizing a division of legal fees between Girardi Keese and Edelson. In an attempt to circumvent the law, Edelson subsequently obtained consent statements from the underlying clients, but those statements were obtained in December 2021 – which is more than

two and half years (32 months) after the initial representation began; after the underlying cases were filed; 21 months after the cases were settled and dismissed; after the instant lawsuit was filed; and after Defendant Griffin filed a Motion for Judgment on the Pleadings in this action identifying this mandatory requirement. These purported consents are not timely because they were not entered at the time the lawyers allegedly agreed to divide their fees in April 2019.

Accordingly, Defendant Griffin seeks summary judgment, or in the alternative, partial summary judgment.

This motion is based upon the Notice of Motion; the accompanying Memorandum of Law in Support of Summary Judgment; the Local Rule 56.1 Statement of Material Facts; the declarations and exhibits submitted; and any oral argument requested by this Court.

Respectfully submitted,

/s/ Ryan Saba
Ryan Saba – Pro Hac Vice
Rosen Saba LLP
2301 Rosecrans Ave., Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Fax: (310) 285-1728
rsaba@rosensaba.com
**Attorneys for Defendant, Keith Griffin, an individual**

John. A. O'Donnell, Sr.
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – fax
jodonnellsr@cassiday.com
*Attorney for Defendant, Keith Griffin*