# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Edelson PC

                Plaintiff,

v.                                                     Case No.: 1:20−cv−07115
                                                      Honorable Matthew F. Kennelly

Thomas Girardi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 3/21/2022. Plaintiff's motion to compel defendant Griffin [114][116] and motion to compel defendant Lira [113] are granted in part and denied in part as stated on the record. Defendant's motion for protective order [119] is denied. Defendant Lira's motion to compel [118] is denied. Any documents obtained by any party pursuant to subpoena are to be promptly turned over to all other parties. By no later than 3/28/2022, the parties are directed to file a joint status report regarding an appropriate briefing schedule on the defendants' summary judgment motions and a revised discovery schedule. Plaintiff's motion for extension of time [111] is granted. Deadline for motions to amend the pleadings and adding parties is extended to 4/4/2022. A telephonic status hearing is set for 5/5/2022 at 8:40 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.