# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois Professional corporation, ) ) ) | Case No.: |
| ) | 20-cv-07115 |
| Plaintiff, ) ) | |
| THOMAS GIRARDI, an individual, et al., ) ) ) | Honorable Matthew F. Kennelly |
| Defendants. ) ) ) | |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT BY DEFENDANT DAVID LIRA**

1

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that Defendant DAVID LIRA seeks an order of summary judgment, or in the alternative, partial summary judgement pursuant to Federal Rules of Civil Procedure, Rule 56. Mr. Lira seeks an order dismissing Plaintiff's Complaint, or in the alternative, partially dismissing the following: Count I-Unjust Enrichment; Count II—Accounting; Count III—Breach of Contract; and/or Count V-Conversion.

Edelson's complaint seeks fees it alleges it is owed pursuant to agreements between Edelson and Girardi Keese. Edelson asserts the agreements are enforceable fee agreements entitling them to recovery of those fees in this action. Since Girardi Keese and Thomas Girardi have been forced into involuntary bankruptcy, Edelson is seeking to collect those legal fees from Mr. Lira, individually, even though Mr. Lira was not a partner at Girardi Keese, had no ownership interest in Girardi Keese, and never received any fees or money from the Lion Air matters.

Edelson cannot collect the alleged contingency fees from Mr. Lira as a matter of law. It is well settled under California law, Illinois Law, and as part of the ABA Model Rules of Professional Conduct that lawyers who are not in the same law firm shall not divide a fee for legal services unless: (1) the lawyers enter into a written agreement to divide the fee; and (2) the client has consented in writing, either at the time the lawyers entered into the agreement to divide the fee or soon thereafter as reasonably practicable.

Mr. Lira did not personally agree to divide any fee. There is also no timely consent by the underlying clients authorizing a division of legal fees between Girardi Keese and Edelson. Edelson's attempt to remedy its failure to obtain proper fee agreements, by obtaining subsequent agreements in December 2021, more than two and a half years after the initial representation began; after the underlying cases were filed; 21 months after the cases were settled and dismissed; after the instant lawsuit was filed; and after Defendant Griffin filed a Motion for Judgment on the pleadings in this action identifying the mandatory requirements of a valid fee agreement, does not cure its failure to obtain valid agreements during the representation. The

agreements are not timely and do not establish any enforceable fee sharing agreement between Girardi Keese and Edelson, let alone Edelson and Mr. Lira, individually.

Because the fee agreements by which Edelson claims it is entitled to a fee are contrary to public policy and void as a matter of law their claims for unjust enrichment, conversion, breach of contract, and accounting all likewise fail. Edelson legally has no right to the fees on which those claims are based.

Mr. Lira seeks summary judgment, or in the alternative, partial summary judgment. This motion is based upon the Notice of Motion; the accompanying Memorandum of Law in Support of Summary Judgement; the Local Rule 56.1 Statement of Material Facts; the declarations and exhibits submitted and any oral argument requested by this Court.

DAVID LIRA

By: /s/ Leigh P. Robie
    _____
    His Attorney

Edith R. Matthai, Esq.-Pro Hac Vice
Leigh P. Robie, Esq.-Pro Hac Vice
350 S. Grand Avenue, Suite 3950
Los Angeles, California  90071
(213) 706-8000
ematthai@romalaw.com
lrobie@romalaw.com
**Attorneys for Defendant David Lira**

4

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on March 25, 2022, I electronically filed the foregoing document with the Clerk of Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Leigh P. Robie</u>