# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois Professional corporation, </br></br>Plaintiff, </br></br>THOMAS GIRARDI, an individual, et al., </br></br>Defendants. | Case No.: </br></br>20-cv-07115 </br></br></br>Honorable Matthew F. Kennelly |

**DEFENDANT DAVID LIRA'S AMENDED NOTICE OF COMPLIANCE
WITH DOCKET ORDERS 139 AND 145**

**TO THIS HONORABLE COURT:**

On April 5, 2020, this Court ordered Mr. Lira to file a complete version of his motion for summary judgment under seal and a redacted version to be filed in the public record. [Docket No. 139.] Today, this Court ordered Defendant Lira to comply with the Court's April 5, 2022 Order with respect to filing a complete version under seal, including all exhibits, of Lira's summary judgment motion. [Docket No. 145.]

After today's Order, Mr. Lira filed a complete version of the motion for summary judgment. It was inadvertently not filed under seal. [Docket No. 148.] The error was immediately caught, and brought to the Court's attention. The motion was then sealed by the Clerk. Counsel for Mr. Lira has confirmed that the summary judgment motion filed today pursuant to the Court's Order is no longer accessible to the public. Mr. Lira's counsel apologizes for any misunderstanding of this Court's April 5, 2022 Order, and the inadvertent filing (not

1

under seal) of the summary judgment motion on this date.

                                                               DAVID LIRA

                                                      /s/ Edith R. Matthai
                              By: _____
                                                       His Attorney

| | |
|---|---|
| Christopher T. Sheean | Edith R. Matthai, Esq. |
| Swanson, Martin & Bell LLP | Leigh P. Robie, Esq. |
| 330 N. Wabash Ave., Suite 3300 | 350 S. Grand Avenue, Suite 3950 |
| Chicago, Illinois 60611 | Los Angeles, California 90071 |
| (312) 222-8559 | (213) 706-8000 |
| csheean@smbtrials.com | ematthai@romalaw.com |
| | lrobie@romalaw.com |

3

## CERTIFICATE OF SERVICE

  I hereby certify that on April 13, 2022, I electronically filed the foregoing document with the Clerk of Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                _/s/ Edith R. Matthai_