UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Edelson PC

                Plaintiff,

v.                                           Case No.: 1:20−cv−07115
                                                    Honorable Matthew F. Kennelly

Thomas Girardi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: (1) Defendants' motions to amend the Court's summary judgment ruling to include a certification under 28 USC 1292(b) are denied [172] [173]. Defendants have failed to show that the question they pose in their motions − regarding whether the timing of the clients' signing of the fee−sharing agreement complied with Illinois Rule of Professional Conduct 1.5(e) − is an issue "as to which there is substantial ground for difference of opinion." The Court notes in this regard that the Illinois Supreme Court, in establishing the Illinois Rules of Professional Conduct, did not adopt the ABA Model Rules wholesale and in particular did not adopt the ABA Model Rule commentary on which defendants rely. In addition, the fact that a question has not been litigated much does not, without more, make the question one that is appropriate for section 1292(b) certification. Moreover (though not necessary to the Court's decision on defendants' motion to amend), in light of the continued pendency of the unjust enrichment claim, which defendants' motion for a 1292(b) certification does not address, an interlocutory appeal would not materially advance the ultimate termination of this litigation. (2) Plaintiff is directed to file a reply to defendants' responses to plaintiff's motion to amend by no later than 8/24/2022. (3) The telephonic status hearing set for 8/17/2022 is vacated. (4) The case is set for a telephonic status hearing and for ruling on the motion to amend and defendants' motion to extend discovery on 8/30/2022 at 9:30 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.