IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| v. | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

## JOINT STATUS REPORT

**Statement by Defendants:** As this Court is aware, there is a substantially similar action entitled *Edelson, P.C. v. David Lira and Keith Griffin, et al.,* pending in the United States District Court, Northern District of California, case number 22-3977 ("California Action"). In the California Action, at least one defendant has already filed a Motion to Transfer the action to the Central District of California (Los Angeles area). Mr. Griffin and Mr. Lira each intend to file a similar motions this week. It is anticipated that all the defendants will also file similar motions because no defendants reside in the Northern District of California and no events took place in that jurisdiction. The motions are/will be set for hearing on November 7, 2022.

Once the Northern District of California rules on the Motion to Transfer Venue, it is the intention of Mr. Griffin and Mr. Lira to file a similar motion in this jurisdiction to transfer this action to wherever the California Action is ultimately venued. It is prudent and efficient to allow the California District Court to first determine the appropriate location within California for the California Action to be adjudicated before asking this Court to transfer this matter to California as well. Accordingly, Mr. Griffin and Mr. Lira request that this matter be stayed and no scheduling order be entered until the venue issue is decided by this Court.

1

In the alternative, Mr. Griffin and Mr. Lira present the following dates to this Court as set forth below.

**Statement by Plaintiff:** Although Edelson believes that the remaining fact discovery can be completed in 90 days, it offered a longer schedule in an attempt to compromise with Defendants' desire for a six-month fact discovery period. Defendants rejected the proposal, preferring instead to ask the Court for more than two months to file a simple transfer motion, as well as an indefinite litigation stay, on the basis that they are unhappy with Edelson's choice of district in California.

Defendants' purported need for a stay comes solely from their own delay. Edelson filed its California lawsuit on July 6, 2022, and Defendants received a draft copy of the complaint indicating that it would be filed in the Northern District of California on April 5, 2022. Defendants could have filed a transfer motion in the California action anytime in the last two and a half months, and it would have been fully briefed and ripe for decision by now. Instead, they have done effectively nothing; Lira even missed the California court's deadline to file a simple magistrate judge consent form. And while Edelson declines to argue the merits of a hypothetical transfer motion in a different case in this status report, it suffices to say that Defendants' factual contentions regarding venue are not fully accurate, and their success on that motion is far from certain.

Summary judgment has been decided, the motion to amend the complaint has been granted, and this case will move forward with the same discovery regardless of whether or where it is ultimately transferred. There is no reason to delay the inevitable, and Edelson requests entry of the compromise schedule that it proposes below.

\*         \*         \*

Pursuant to the Court's August 30, 2022 order, the parties were unable to agree upon a schedule, so the parties each separately propose the following discovery and pretrial schedule:

| Event | Plaintiff's Proposed Deadlines | Defendants' Proposed Deadlines |
| --- | --- | --- |
| Deadline to file 28 U.S.C. § 1404(a) transfer motions | October 7, 2022 | December 5, 2022 |
| Fact discovery cut-off | January 27, 2023 | March 24, 2023 |
| Rule 26(a)(2) disclosures | February 24, 2023 | April 28, 2023 |
| Rebuttal disclosures | March 24, 2023 | May 26, 2023 |
| Expert discovery deadline | May 5, 2023 | June 16, 2023 |
| Dispositive motion deadline[1] | May 26, 2023 | July 14, 2023 |

Respectfully submitted,

**EDELSON PC**

Dated: September 20, 2022

By: /s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
Angela Reilly
areilly@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

---

[1] As it explained in the March 28, 2022 status report, dkt. 133, Edelson reserves the right to oppose efforts by Defendants to engage in serial summary judgment practice. Defendants maintain they have a right to file new summary judgment motions since the complaint was amended to add new allegations and claims.

**DAVID LIRA**

Dated: September 20, 2022　　　　　　　By: /s/ Edith R. Matthai (with permission)
　　　　　　　　　　　　　　　　　　　　One of His Attorneys

　　　　　　　　　　　　　　　　　　　　Edith R. Matthai, Esq.
　　　　　　　　　　　　　　　　　　　　Leigh P. Robie, Esq.
　　　　　　　　　　　　　　　　　　　　350 S. Grand Avenue, Suite 3950
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　　(213) 706-8000
　　　　　　　　　　　　　　　　　　　　ematthai@romalaw.com


**KEITH GRIFFIN**

Dated: September 20, 2022　　　　　　　By: /s/ Ryan Saba (with permission)
　　　　　　　　　　　　　　　　　　　　One of His Attorneys

　　　　　　　　　　　　　　　　　　　　Ryan Saba
　　　　　　　　　　　　　　　　　　　　Rosen Saba LLP
　　　　　　　　　　　　　　　　　　　　2301 Rosecrans Ave., Suite 3180
　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 285-1727
　　　　　　　　　　　　　　　　　　　　Fax: (310) 285-1728
　　　　　　　　　　　　　　　　　　　　rsaba@rosensaba.com