# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois Professional corporation, | Case No.: |
| Plaintiff, | 20-cv-07115 |
| THOMAS GIRARDI, an individual, et al., | Honorable Matthew F. Kennelly |
| Defendants. | |

**DEFENDANT DAVID LIRA'S RESPONSE TO COURT'S ORDER
TO SHOW CAUSE (DKT. 188)**

1

Pursuant to Docket Entry No. 188 and the Court's Order to Show Cause why the sealed version of the First Amended Complaint should not be placed in the public record, Defendant David Lira submits the following response.

Attached as Exhibit A to Defendant Lira's response is the declaration of Mack H. Schultz, Esq. of Perkins Coie. The firm was lead counsel for the Boeing company in the wrongful death litigation arising out of the crash of Lion Air Flight JT610. The declaration of Mr. Schultz identifies a series of confidentiality orders that were entered by the Honorable Thomas Durkin in the *Lion Air Flight JT610 Crash* case (Case No. 1:18-cv-07686).

The declaration of Mr. Schultz also sets forth reasons supporting the issuance of Judge Durkin's confidentiality orders, including the potential risk of harm to individuals who received or were to receive settlement monies from Boeing in the *Lion Air* litigation. It also identifies the risk of harm to Boeing if settlement information was to become public, and why confidentiality was so important for Boeing in the settlement of those cases.

The Schultz declaration also identifies specific paragraphs of the First Amended Complaint and the Answer to the First Amended Complaint where information subject to the *Lion Air* litigation confidentiality orders appears.

For the reasons set forth in the Schultz declaration, and in order to protect the interests of the non-party *Lion Air* plaintiffs (and minor children) and Boeing, Defendant Lira respectfully requests this Court maintain the sealed status of the First Amended Complaint, and issue any other order this Court deems appropriate to protect the interests of the *Lion Air* plaintiffs and Boeing consistent with the confidentiality orders identified in the Schultz declaration.

3

DATED:     September 28, 2022                                        DAVID LIRA

                                                              /s/ Edith R. Matthai
                                              By:     _____
                                                                His Attorney

                                              Edith R. Matthai, Esq.-Pro Hac Vice
                                              Leigh P. Robie, Esq.-Pro Hac Vice
                                              350 S. Grand Avenue, Suite 3950
                                              Los Angeles, California  90071
                                              (213) 706-8000
                                              ematthai@romalaw.com
                                              lrobie@romalaw.com
                                              **Attorneys for Defendant David Lira**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2022, I electronically filed the foregoing document with the Clerk of Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              /s/ Edith R. Matthai
                                         _____
                                            EDITH R. MATTHAI