# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| | Hon. Matthew F. Kennelly |
| v. | |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

## JOINT STATUS REPORT CONCERNING DEPOSITION OF KEITH GRIFFIN

Pursuant to the Court's order concerning the deposition date for Keith Griffin (dkt. 207), the Parties have agreed that Plaintiff will take Mr. Griffin's deposition on January 12, 2023. This deposition is scheduled on a day on which Mr. Saba is not scheduled to be in trial. The Parties have agreed and propose that this deposition will not be moved unless by (1) stipulation of the Parties, (2) order of the Court in which Mr. Saba is currently engaged in trial requiring him to be in court in which case Mr. Saba will report that change to this Court, or (3) order of this Court.

Respectfully submitted,

**EDELSON PC**

Dated: December 20, 2022

By: /s/ J. Eli Wade-Scott
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Angela Reilly
areilly@edelson.com

1

|  |  |
|---|---|
|  | EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370 / Fax: 312.589.6378 |
|  | **DAVID LIRA** |
| Dated: December 20, 2022 | By: /s/ Leigh P. Robie<br>One of His Attorneys<br><br>Edith R. Matthai, Esq.<br>Leigh P. Robie, Esq.<br>350 S. Grand Avenue, Suite 3950<br>Los Angeles, California 90071<br>(213) 706-8000<br>ematthai@romalaw.com |
|  | **KEITH GRIFFIN** |
| Dated: December 20, 2022 | By: /s/ Ryan Saba<br>One of His Attorneys<br><br>Ryan Saba<br>Rosen Saba LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills, CA 90212<br>Telephone: (310) 285-1727<br>Fax: (310) 285-1728<br>rsaba@rosensaba.com |