**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| EDELSON PC, an Illinois Professional corporation, | ) ) ) | Case No.: |
| | ) | 20-cv-07115 |
| Plaintiff, | ) ) | |
| THOMAS GIRARDI, an individual, et al., | ) ) ) | Honorable Matthew F. Kennelly |
| Defendants. | ) ) ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR STAY AND CHERONIS AFFIDAVIT UNDER SEAL INSTANTER**

i

Defendant, David Lira, by and through his attorneys, pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, Local Rules 5.8, and 26.2 respectfully moves this Court to enter an order allowing him to file his Motion for Stay Instanter and the Affidavit of Damon Cheronis under seal.

In support of this motion, Mr. Lira, through counsel, states the following:

1. There is a pending federal criminal investigation related to issues pending before this court in this matter;

2. Mr. Lira's motion for stay relates to developments in that criminal investigation. Those developments should remain confidential in light of the ongoing status of the federal investigation and the fact that no charges have been filed. The details of the investigation that are the basis for the motion for stay should not be made public until the U.S. Attorney's Office investigating the matter determines that those details should be made public or charges are filed. (Federal Rule of Criminal Procedure 49.1(b)(7)).

Accordingly, Mr. Lira, through counsel, respectfully requests that the Court enter an order allowing him to file his Motion for Stay under seal instanter.

                                        DAVID LIRA

                                             /s/ Leigh P. Robie
                              By:    _____
                                           His Attorney

Christopher T. Sheean                   Edith R. Matthai, Esq.
Swanson, Martin & Bell LLP              Leigh P. Robie, Esq.
330 N. Wabash Ave., Suite 3300          350 S. Grand Avenue, Suite 3950
Chicago, Illinois 60611                 Los Angeles, California  90071
(312) 222-8559                          (213) 706-8000
csheean@smbtrials.com                   ematthai@romalaw.com
                                        lrobie@romalaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Leigh P. Robie

PROOF OF SERVICE FOR DISCOVERY BELOW:

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )

**) ss**

**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 S. Grand Ave., Suite 3950, Los Angeles, CA 90071.

On January 5, 2023, I served the foregoing document described as:

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR STAY AND CHERONIS AFFIDAVIT UNDER SEAL INSTANTER,** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Jay Edelson, Esq. | **Attorneys for: Plaintiff** |
| Alexander G. Tievsky, Esq. | Tel: 312.589.6370 |
| Angela Reilly, Esq. | Fax: 312.589.6378 |
| Eli Wade-Scott, Esq. | Email: atievsky@edelson.com |
| EDELSON PC | Email: jedelson@edelson.com |
| 350 North LaSalle Street, 14th Floor | Email: areilly@edelson.com |
| Chicago, Illinois 60654 | Email: ewadescott@edelson.com |
| | |
| Rafey S. Balabanian | Tel: 415.212.9300 |
| EDELSON PC | Email: rbalabanian@edelson.com |
| 150 California Street, 18th Floor | |
| San Francisco, California 94111 | |
| John. A. O'Donnell, Sr. | **Attorney for Defendant, Keith Griffin** |
| CASSIDAY SCHADE LLP | Tel: (312) 641-3100 |
| 222 West Adams Street, Suite 2900 | Fax: (312) 444-1669 |
| Chicago, IL 60606 | jodonnellsr@cassiday.com |

3

| | |
|---|---|
| Ryan Saba – Pro Hac Vice<br>Rosen Saba LLP<br>2301 Rosecrans Avenue, Suite 3180<br>El Segundo, CA 90245 | Telephone: (310) 285-1727<br>Fax: (310) 285-1728<br>rsaba@rosensaba.com |
| Christopher T. Sheean, Esq.<br>Swanson, Martin & Bell LLP<br>330 N. Wabash Ave., Suite 3300<br>Chicago, Illinois 60611 | **Attorneys for: David Lira**<br><br>Tel: (312) 222-8559<br>Email: csheean@smbtrials.com |

_____X___**BY E-MAIL OR ELECTRONIC TRANSMISSION** - I caused the document(s) described above to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____**BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____**FEDERAL**. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 5, 2023, at Los Angeles, California.

_Z'Aujanae T. Ponton_
Z'Aujanae T. Ponton

4