**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| EDELSON PC, an Illinois Professional corporation,<br><br>　　　　Plaintiff,<br><br>THOMAS GIRARDI, an individual, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>20-cv-07115<br><br><br>Honorable Matthew F. Kennelly |

**MOTION TO STAY INSTANTER**

2

Entire motion filed under seal for reasons stated in Defendant's Motion for Leave to File Motion for Stay and Cheronis Affidavit Under Seal Instanter.

DAVID LIRA

By:    /s/ Leigh P. Robie
        _____
        His Attorney

Christopher T. Sheean
Swanson, Martin & Bell LLP
330 N. Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 222-8559
csheean@smbtrials.com

Edith R. Matthai, Esq.
Leigh P. Robie, Esq.
350 S. Grand Avenue, Suite 3950
Los Angeles, California 90071
(213) 706-8000
ematthai@romalaw.com
lrobie@romalaw.com

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Leigh P. Robie


PROOF OF SERVICE FOR DISCOVERY BELOW:

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )

) **ss**

**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 S. Grand Ave., Suite 3950, Los Angeles, CA 90071.

On January 5, 2023, I served the foregoing document described as:

**MOTION TO STAY INSTANTER**, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Jay Edelson, Esq.<br>Alexander G. Tievsky, Esq.<br>Angela Reilly, Esq.<br>Eli Wade-Scott, Esq.<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654 | **Attorneys for: Plaintiff**<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>Email: atievsky@edelson.com<br>Email: jedelson@edelson.com<br>Email: areilly@edelson.com<br>Email: ewadescott@edelson.com |
| Rafey S. Balabanian<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111 | Tel: 415.212.9300<br>Email: rbalabanian@edelson.com |
| John. A. O'Donnell, Sr.<br>CASSIDAY SCHADE LLP<br>222 West Adams Street, Suite 2900<br>Chicago, IL 60606 | **Attorney for Defendant, Keith Griffin**<br>Tel: (312) 641-3100<br>Fax: (312) 444-1669<br>jodonnellsr@cassiday.com |

| | |
|---|---|
| Ryan Saba – Pro Hac Vice<br>Rosen Saba LLP<br>2301 Rosecrans Avenue, Suite 3180<br>El Segundo, CA 90245 | Telephone: (310) 285-1727<br>Fax: (310) 285-1728<br>rsaba@rosensaba.com |
| Christopher T. Sheean, Esq.<br>Swanson, Martin & Bell LLP<br>330 N. Wabash Ave., Suite 3300<br>Chicago, Illinois 60611 | **Attorneys for: David Lira**<br><br>Tel: (312) 222-8559<br>Email: csheean@smbtrials.com |

_____X___ **BY E-MAIL OR ELECTRONIC TRANSMISSION** - I caused the document(s) described above to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____**BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____**FEDERAL**. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 5, 2023, at Los Angeles, California.

*Z'Aujanae T. Ponton*

Z'Aujanae T. Ponton