**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Edelson PC

                Plaintiff,

v.                                        Case No.: 1:20−cv−07115
                                                  Honorable Matthew F. Kennelly

Thomas Girardi, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 9, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 1/9/2023. Defendant Lira's motion to file under seal [213] is granted. Defendant Lira's motion to stay [214] is granted to the following extent: the case is stayed until 2/13/2023. The parties are directed to file a joint status report under seal on 2/9/2023. A telephonic status hearing is set for 2/13/2023 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.