# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Edelson PC

                Plaintiff,

v.                                          Case No.: 1:20−cv−07115
                                                 Honorable Matthew F. Kennelly

Thomas Girardi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/13/2023. Case is stayed due to the pendency of the criminal matter. The Clerk is directed to administratively close the case. The parties are directed to file a joint status report by 8/31/2023. Civil case terminated administratively. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.