IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDELSON PC, an Illinois professional corporation, | ) ) ) | Case No.: 1:20-cv-07115 |
| | ) | Hon. Matthew F. Kennelly |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| THOMAS GIRARDI, an individual, GIRARDI KEESE, a California general partnership, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL LLC, a California limited liability company, GIRARDI FINANCIAL, INC., a Nevada corporation, DAVID LIRA, an individual, KEITH GRIFFIN, an individual, JOHNSTON HUTCHINSON & LIRA LLP, a California limited liability partnership, ROBERT FINNERTY, an individual, ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, STILLWELL MADISON, LLC, a Delaware limited liability company, and JOHN DOE 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

---

**MOTION TO REQUEST RYAN SABA BE**

**REMOVED FROM SERVICE LIST**

1

#2001689v1

2

      Ryan Saba, Esq. of Rosen Saba, LLP hereby requests the Clerk of the Court remove his email address from its ECF notifications in connection with this action. Ryan Saba was counsel for Keith Griffin regarding a Civil Contempt hearing in this matter. That issue has now been fully resolved and is no longer pending. Thus, Ryan Saba no longer needs to receive ECF notifications in this matter and thus requests removal from the service list.

Dated: March 1, 2024          Respectfully submitted,

                              */s/ Ryan D. Saba*

                              _____
                              Ryan D. Saba, Esq.
                              Rosen Saba, LLP
                              2301 Rosecrans Avenue, Suite 3180
                              El Segundo, CA 90245
                              Tel: (310) 285-1727
                              Fax: (310) 285-1728
                              rsaba@rosensaba.com

#2001689v1