IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC,<br><br>    *Plaintiff,*<br><br>    *v.*<br><br>THOMAS GIRARDI, et al.<br><br>    *Defendants.* | Case No.: 20-cv-07115<br><br>Hon. Matthew F. Kennelly |

## JOINT STATUS REPORT

Pursuant to the Court's September 1, 2023 order, Plaintiff Edelson PC and Defendants Keith Griffin and David Lira provide the following joint status report:

The Court stayed this case due to the pendency of *United States v. Girardi et al.*, No. 23-cr-00054 (N.D. Ill.), in which Mr. Lira is a defendant. Mr. Lira has entered a plea of not guilty, and the matter remains pending before Hon. Mary Rowland. Trial has been set for March 3, 2025. Plaintiff expects that date will hold, as the Court's order setting the trial date states—with all capitals in the original—that "THIS TRIAL DATE WILL NOT BE RESET." No. 23-cr-00054, dkt. 90. Plaintiff is unaware of any criminal charges filed against Mr. Griffin.

The parties agree that the case should remain stayed and suggest that it would be appropriate to file another joint status report in six months.

                                      Respectfully submitted,

                                      **EDELSON PC**

Dated: March 31, 2024             By: /s/ J. Eli Wade-Scott
                                        One of Plaintiff's Attorneys

                                        Jay Edelson

jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Amy B. Hausmann
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

**DAVID LIRA**

Dated: March 31, 2024    By: /s/ Rachel Lannen
One of His Attorneys

Rachel Lannen
ENGSTROM, LIPSCOMB & LACK
11601 Wilshire Blvd., Suite 1400
Los Angeles, California 90025
(310) 552-3800 ext. 300
rlannen@elllaw.com

**KEITH GRIFFIN**

Dated: March 31, 2024    By: /s/ Ryan Saba
One of His Attorneys

Ryan Saba
Rosen Saba LLP
2301 Rosecrans Ave., Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Fax: (310) 285-1728
rsaba@rosensaba.com