## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| *v.* | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

## JOINT STATUS REPORT

Pursuant to the Court's April 1, 2024 order, Plaintiff Edelson PC and Defendants Keith Griffin and David Lira provide the following joint status report:

The Court stayed this case due to the pendency of *United States v. Girardi et al*, No. 23-cr-54 (N.D. Ill.), in which Mr. Lira is a defendant. Mr. Lira has entered a plea of not guilty, and the matter remains pending before Hon. Mary Rowland. Trial has been set as to Mr. Lira starting March 3, 2025. At a status hearing on September 12, 2024, the government indicated that it expected a three-week trial. Plaintiff is unaware of any criminal charges filed against Mr. Griffin.

The parties agree that this case should remain stayed and suggest that it would be appropriate to file another joint status report in six months.

Respectfully submitted,

**EDELSON PC**

Dated: September 30, 2024

By: s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky

atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Amy B. Hausmann
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

**DAVID LIRA**

Dated: September 30, 2024          By: s/ Rachel Lannen (with permission)
One of His Attorneys

Rachel Lannen
ENGSTROM, LIPSCOMB & LACK 11601
Wilshire Blvd., Suite 1400 Los Angeles, California
90025 (310) 552-3800 ext. 300
rlannen@elllaw.com

**KEITH GRIFFIN**

Dated: September 30, 2024          By: s/ Ryan Saba (with permission)
One of His Attorneys

Ryan Saba
Rosen Saba LLP
2301 Rosecrans Ave., Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Fax: (310) 285-1728
rsaba@rosensaba.com