IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| v. | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 1, 2025 order (dkt. 235), Plaintiff Edelson PC and Defendants Keith Griffin and David Lira provide the following joint status report:

The Court stayed this case due to the pendency of *United States v. Girardi et al*, No. 23-cr-54 (N.D. Ill.), in which Mr. Lira is a defendant. On June 5, 2025, Mr. Lira entered a plea of guilty to one count of criminal contempt of court pursuant to a plea agreement. Mr. Lira's sentencing was held on October 6, 2025, before Hon. Mary Rowland, who indicated she would enter judgment in the next few days.[1]

On August 7, 2025, the United States Attorney for this District filed an indictment charging Defendant Keith Griffin with four counts of criminal contempt and two counts of misprision of a felony in connection with the *Lion Air* matter. *United States v. Griffin*, No. 25-cr-463 (N.D. Ill.). Mr. Griffin was arraigned on August 19, 2025 and entered a plea of not guilty. The matter remains pending before Hon. LaShonda A. Hunt.

---

[1] The Parties missed the deadline for filing this Joint Status Report and apologize for the delay in filing.

1

Mr. Griffin asserts that this matter should be stayed pending the outcome of his criminal matter similar to the way this matter was stayed pending the outcome of Mr. Lira's criminal matter.

Respectfully submitted,

**EDELSON PC**

Dated: October 7, 2025  By: /s/ J. Eli Wade-Scott
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Amy B. Hausmann
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

**DAVID LIRA**

Dated: October 7, 2025  By: /s/ Rachel Lannen
One of His Attorneys

Rachel Lannen
ENGSTROM, LIPSCOMB & LACK
11601 Wilshire Blvd., Suite 1400
Los Angeles, California 90025
(310) 552-3800 ext. 300
rlannen@elllaw.com

**KEITH GRIFFIN**

Dated: October 7, 2025  By: /s/ Ryan Saba
One of His Attorneys

Ryan Saba

Rosen Saba LLP
2301 Rosecrans Ave., Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Fax: (310) 285-1728
rsaba@rosensaba.com