**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| *v.* | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edelson PC and

Defendants David Lira and Keith Griffin, constituting all parties who have appeared in this

action, hereby stipulate as follows:

1.      This action is dismissed without prejudice.

2.      Notwithstanding any potentially applicable statute of limitations or other time bar,

Plaintiff may refile this action within sixty (60) days after the latest of the following:

(a) the date Lira or his counsel provides written notice to all parties that the term

of confinement imposed upon Lira in *United States v. Lira*, No. 23-cr-54 (N.D. Ill.), has

concluded;

(b) the date Griffin or his counsel provides written notice to all parties that a

judgment not imposing a term of confinement has been entered in *United States v.*

*Griffin*, No. 25-cr-463 (N.D. Ill.); or

(c) the date Griffin or his counsel provides written notice to all parties that any

term of confinement imposed on Griffin in *United States v. Griffin*, No. 25-cr-463 (N.D.

Ill.) has concluded.

1

The parties intend "term of confinement" to include both institutional and home confinement, but not supervised release. Written notice shall be provided by electronic mail to all counsel appearing on this stipulation. Dates are to be calculated pursuant to Federal Rule of Civil Procedure 6.

3.      If Plaintiff refiles this action before the expiration of the period set forth in paragraph 2 above, Defendants waive any argument that the refiled action is untimely.

4.      Defendants will not seek costs under Federal Rule of Civil Procedure 41(d) in the event Plaintiff refiles this action.

                                             **EDELSON PC**

Dated: October 23, 2025                      By: s/ Alexander G. Tievsky
                                             One of Plaintiff's Attorneys

                                             Jay Edelson
                                             jedelson@edelson.com
                                             Alexander G. Tievsky
                                             atievsky@edelson.com
                                             J. Eli Wade-Scott
                                             ewadescott@edelson.com
                                             Amy B. Hausmann
                                             abhausmann@edelson.com
                                             EDELSON PC
                                             350 North LaSalle Street, 14th Floor
                                             Chicago, Illinois 60654
                                             Tel: 312.589.6370

                                             **DAVID LIRA**

Dated: October 23, 2025                      By: s/ Rachel Lannen (with permission)
                                             One of His Attorneys

                                             Rachel Lannen
                                             ENGSTROM, LIPSCOMB & LACK
                                             11601 Wilshire Blvd., Suite 1400
                                             Los Angeles, California 90025
                                             (310) 552-3800 ext. 300
                                             rlannen@elllaw.com

2

**KEITH GRIFFIN**

Dated: October 23, 2025

By: <u>s/ Ryan Saba (with permission)</u>
One of His Attorneys

Ryan Saba
Rosen Saba LLP
2301 Rosecrans Ave., Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Fax: (310) 285-1728
rsaba@rosensaba.com