# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDELSON PC, | Case No.: 20-cv-07115 |
| *Plaintiff,* | |
| v. | Hon. Matthew F. Kennelly |
| THOMAS GIRARDI, et al. | |
| *Defendants.* | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edelson PC and Defendants David Lira and Keith Griffin, constituting all parties who have appeared in this action, hereby stipulate as follows: This action is dismissed without prejudice.

**EDELSON PC**

Dated: November 10, 2025

By: s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Amy B. Hausmann
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

**DAVID LIRA**

Dated: November 10, 2025

By: s/ Rachel Lannen (with permission)
One of His Attorneys

1

        Rachel Lannen
ENGSTROM, LIPSCOMB & LACK
11601 Wilshire Blvd., Suite 1400
Los Angeles, California 90025
(310) 552-3800 ext. 300
rlannen@elllaw.com

**KEITH GRIFFIN**

Dated: November 10, 2025    By: s/ Ryan Saba (with permission)
One of His Attorneys

Ryan Saba
Rosen Saba LLP
2301 Rosecrans Ave., Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Fax: (310) 285-1728
rsaba@rosensaba.com

2