**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Edelson PC

                Plaintiff,

v.                                                Case No.: 1:20−cv−07115
                                                   Honorable Matthew F. Kennelly

Thomas Girardi, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 11, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: This case is dismissed without prejudice pursuant to the parties' stipulation filed on 11/10/2025. The telephonic status hearing set for 11/17/2025 is vacated. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.